UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) No. 4;09CR00369TCM |
| VICTORIA GELFARD, | ) ) ) |
| Defendant. | ) ) |

## ORDER FOR DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of Court endorsed hereon, the United States Attorney for the Eastern District of Missouri hereby requests the dismissal of the Information filed on May 22, 2009 against the above defendant without prejudice.

Respectfully submitted,

MICHAEL W. REAP
Acting United States Attorney

_/s/ Frederick J. Dana_
FREDERICK J. DANA - #2927
Assistant United States Attorney
111 South 10th Street, Room 20.333
St. Louis, Missouri 63102
(314) 539-2200

Leave of Court is granted for the filing of the foregoing dismissal.

_____
UNITED STATES MAGISTRATE JUDGE

Dated this 30 day of June, 2009



U.S. Department of Justice

United States Attorney
Eastern District of Missouri

Thomas F. Eagleton U.S. Court House
111 South 10th Street, Room 20.333   314-539-2200
St. Louis, Missouri 63102     FAX / 314-539-2309

Defendant: VICTORIA GELFARD
Information: 4:09CR00369 TCM
Date of Filed: May 22, 2009
Offenses: DUI

To: United States Marshal Service
    111 South 10th Street
    St. Louis, Missouri  63102

This is to advise that the information against the above-named defendant has been closed as indicated below. Any unexecuted warrant or unserved summons issued in such case or proceeding and held by you should be return, with a copy of this letter to the issuing officer for proper disposition and notation on United States Magistrate Judge Mummert's records.

### Action Taken

☐   Prosecution declined

☐   Amended complaint dismissed

☒   Information dismissed, Pretrial Diversion Program Referral

    Complaint Dismissed

Very truly yours,

MICHAEL W. REAP
ACTING UNITED STATES ATTORNEY

*/s/ Frederick J. Dana*
FREDERICK J. DANA - #2927
ASSISTANT UNITED STATES ATTORNEY